UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOCELYN DJEMA ISUKA,
    Petitioner,

v.　　　　　　　　　　Civil Action No. 1:26-cv-10422-WGY

PATRICIA HYDE, in her official capacity
as Field Office Director, U.S. Immigration
and Customs Enforcement, Boston Field
Office, et al.,
    Respondents.

## PETITIONER'S EMERGENCY PRO SE MOTION FOR ORDER TO SHOW CAUSE, FOR CIVIL CONTEMPT, FOR COMPENSATORY SANCTIONS INCLUDING LOST WAGES AND COSTS, AND FOR IMMEDIATE RETURN OF PETITIONER TO MASSACHUSETTS AT GOVERNMENT EXPENSE

### INTRODUCTION

Petitioner Jocelyn Djema Isuka, proceeding pro se, respectfully moves this Court on an emergency basis for an order: (1) directing Respondents to show cause why they should not be held in civil contempt for violating this Court's January 28, 2026 Order Concerning Service of Petition and Stay of Transfer or Removal (Dkt. 3) (the "Stay Order"); (2) finding Respondents in civil contempt; (3) ordering Respondents to physically return Petitioner to the District of Massachusetts at government expense; (4) awarding compensatory sanctions including lost wages and all costs incurred by Petitioner as a direct result of the violation; and (5) awarding reasonable costs and expenses, including fees for translation, courier, and legal assistance services necessitated by the contempt.

### PROCEDURAL BACKGROUND

1. Petitioner is a citizen of the Democratic Republic of the Congo who was lawfully admitted to the United States on a B1/B2 visa in August 2021. She is a resident of Maine and

---

*Handwritten order:*

February 10, 2026 — There is before the Court no adequate showing of any violation of this Court's orders. Thus no sanctions or equitable orders are necessary. Habeas relief is limited to securing the liberty interest of the Petitioner. Here, Petitioner sought — and was granted — a prompt bond hearing which resulted in her being granted such relief upon terms that appear ostensibly constitutional. Accordingly, any further relief is denied and this petition is dismissed and the Court's stay orders are dissolved. All pending motions are terminated as moot.

William G. Young
District Judge

Page 1